457 A.2d 858

**COMMONWEALTH of Pennsylvania**

v.

**Richard SMITH.**

Supreme Court of Pennsylvania.

March 22, 1983.

## ORDER

PER CURIAM.

The petition for Allowance of Appeal is granted. The case is remanded to the Court of Common Pleas of Lawrence County for enlargement of the record or other determination of the circumstances surrounding sentence and upon the development of such record, for determination of the merits of petitioner's claim of ineffective assistance arising out of prior counsel's failure to raise alleged noncompliance with *Commonwealth v. Riggins,* 474 Pa. 155, 377 A.2d 140 (1977).